CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF
SUREKHA MANOHAR, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUREKHA MANOHAR, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> WALGREENS COMPANY, HEALTHWORKS MEDICAL GROUP OF CALIFORNIA, TAKE CARE HEALTH SYSTEMS, WALGREENS HEALTH AND WELLNESS COMPANY, PETER VASQUEZ, M.D., SUZANNE SIMS, M.D., DOES 1-100, <br><br> Defendants. | Case No.: C14-2776 PJH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** |

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order requesting dismissal with prejudice pursuant to Federal Rule of Civil Procedure Rule 41. The Parties further stipulate that each party shall bear its own costs and fees.

Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Each of the undersigned certifies that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

Dated: February 24, 2015        WEINTRAUB, TOBIN, CHEDIAK, COLEMAN, GRODIN

                                By: /s/Scott M. Plamondon
                                    SCOTT M. PLAMONDON
                                    Attorneys for Defendants
                                    WALGREENS COMPANY, et al.

Dated: February 24, 2015        LAW OFFICES OF CHARLES A. BONNER

                                By: /s/Charles A Bonner
                                    CHARLES A. BONNER
                                    Attorneys for Plaintiff
                                    SUREKHA MANOHAR, M.D

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the above entitled action is hereby dismissed in its entirety with prejudice. Each side shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: 2/26/15



HONORABLE PHYLLIS J. HAMILTON